ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Illinois Crane, Inc. | ) | ASBCA No. 63935 |
| | ) | |
| Under Contract No. W912EF-20-C-0022 | ) | |

APPEARANCE FOR THE APPELLANT:      Stephen D. Tobin, Esq.
                                    Cohen Seglias Pallas Greenhall &
                                      Furman PC
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                   Michaela M. Murdock, Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, Walla Walla

ORDER OF DISMISSAL

The Board docketed this appeal on June 27, 2024. By correspondence dated September 27, 2024, prior to filing its complaint, appellant filed a motion to dismiss the appeal without prejudice. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TFF, LLC*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: October 3, 2024

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63935, Appeal of Illinois Crane, Inc., rendered in conformance with the Board's Charter.

Dated:  October 3, 2024

_for Tammye D. Allott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals